1082

No. 88–1268. MADDOX v. AMSOUTH BANK, N. A. C. A. 11th Cir. Certiorari denied.

No. 88–1269. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES ET AL. v. TORRES ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1270. PETRAS v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 88–1277. TUCKER v. CONNECTICUT NATIONAL BANK ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1278. CONSOLIDATED TELEVISION CABLE SERVICE, INC. v. CITY OF FRANKFORT, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1279. SUTHERLAND v. UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1293. HOLMAN v. WALLING; and
No. 88–1355. WALL STREET REPORTS & INTELLIGENCE BULLETIN, INC. v. WALLING. C. A. 2d Cir. Certiorari denied. Reported below: 858 F. 2d 79.

No. 88–1294. SHARMA v. LOCKHEED ENGINEERING & MANAGEMENT SERVICES CO., INC. C. A. 4th Cir. Certiorari denied.

No. 88–1296. ANDREWS v. LOVE, JUDGE, DISTRICT COURT OF MCCLAIN COUNTY, OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–1314. CRANMER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–1334. WILLIAMS v. UNITED STATES DEPARTMENT OF ENERGY ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1352. RAMACHANDRAN v. UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.